EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> Luis F. Mangual Acevedo | 2015 TSPR 144 <br><br> 193 DPR \_\_\_\_ |

Número del Caso: TS-17,908

Fecha: 16 de octubre de 2015

Oficina de Inspección de Notarías:

       Lcdo. Manuel E. Ávila De Jesús
       Director

Abogado del Querellado:

       Por Derecho Propio

Materia: Conducta Profesional - La suspensión de la notaría será efectiva el 26 de octubre de 2015, fecha en que se le notificó al abogado de su suspensión inmediata de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*


Luis F. Mangual Acevedo                    TS-17,908


RESOLUCIÓN

San Juan, Puerto Rico, a 16 de octubre de 2015

Evaluada la *Urgente Moción en Cumplimiento de Orden y Solicitando Término para Cumplimiento,* presentada por el licenciado Mangual Acevedo y el *Informe Especial*, presentado por la ODIN, acogemos la solicitud de esta última. Es innegable que el licenciado Mangual Acevedo incumplió palmariamente con los deberes inherentes a la práctica de la notaría y, además, contravino los cánones de ética profesional al desatender los múltiples requerimientos que le fueron hechos por la ODIN.

En consecuencia, se ordena la suspensión inmediata e indefinida del ejercicio de la notaría y se le ordena a los Alguaciles de este Tribunal que procedan a incautar su obra notarial. Asimismo, se le concede al licenciado Mangual Acevedo un término improrrogable de treinta (30) días para que presente los índices e informes correspondientes y acredite haber efectuado los pagos para mantener vigente su fianza notarial durante los años 2011 a 2015; se le apercibe, además, de que incumplir con los requerimientos de este Tribunal podría acarrear sanciones ulteriores.

Por último, se le impone una sanción económica de $500.00 por haber desatendido reiteradamente los requerimientos de la ODIN, a tenor de lo dispuesto

en el Artículo 60 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2102.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Rivera García hace constar que, ante la desidia de este letrado a los múltiples requerimientos hechos por la ODIN, hubiera emitido una orden para que muestre causa por la cual no deba ser suspendido del ejercicio de la abogacía por incumplir los Cánones de Ética Profesional.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo